UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REGINA M. FLORENCE, et al., | Case No. 2:16-cv-00431-RFB-PAL |
| Plaintiffs, | ORDER |
| v. | |
| NEW PENN FINANCIAL, LLC, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 27) between Plaintiffs and Defendants New Penn Financial, LLC and Shellpoint Mortgage Servicing.  The parties request 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that Plaintiffs and Defendants New Penn Financial, LLC and Shellpoint Mortgage Servicing shall have until **April 12, 2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

DATED this 14th day of February, 2017.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1