Michael Kind, Esq.
Nevada Bar No.13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
NV Bar No. 13703
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
sara@westcoastlitigation.com
*Attorneys for Plaintiff Matthew Melton*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Regina M. Florence and William E. Florence III, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>New Penn Financial, LLC and Shellpoint Mortgage Servicing,<br><br>　　　　　Defendants. | Case No: 2:16-cv-00431-RFB-PAL<br><br>**Joint Status Report Regarding Settlement** |

# JOINT STATUS REPORT

The dispute between Plaintiffs Regina M. Florence and William E. Florence III ("Plaintiffs") and Defendants New Penn Financial, LLC and Shellpoint Mortgage Servicing ("Defendants" and jointly as the "Parties") has been resolved on an individual basis.

The Parties have agreed as to the settlement terms. Plaintiffs have executed the settlement agreement and the Parties are waiting for a fully executed version of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendants within 30 days—on or before May 11, 2017.

DATED this 12th day of April 2017.

Respectfully Submitted,

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen, Esq.
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89619
Attorneys for Defendants

**IT IS SO ORDERED.**

**The parties shall have unitl May 11, 2017 to file a stipulation for dismissal.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 14, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 12, 2017, the foregoing JOINT STATUS REPORT REGARDING SETTLEMENT was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117